| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

Central District of California

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Haik<br>First name<br><br>_____<br>Middle name<br><br>Tima<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and doing business as names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 1  3  6  9<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Debtor 1    Haik  Tima

First Name        Middle Name            Last Name

Case number *(if known)*_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN _____<br><br>EIN _____<br><br>EIN _____<br><br>EIN | EIN _____<br><br>EIN _____<br><br>EIN _____<br><br>EIN |

**5. Where you live**

10240 Irma Avenue

Number        Street

_____

Tujunga                    CA    91042

City                            State    ZIP Code

Los Angeles County

County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number        Street

P.O. Box

City                            State    ZIP Code

**If Debtor 2 lives at a different address:**

Number        Street

_____

City                            State    ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number        Street

P.O. Box

City                            State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

[✓] Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

[ ] I have another reason. Explain.
(See 28 U.S.C. § 1408.)

*Check one:*

[ ] Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

[ ] I have another reason. Explain.
(See 28 U.S.C. § 1408.)

| Debtor 1 | Haik   Tima | | | Case number *(if known)*_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known_____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known_____ |

---

**11.** **Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1 ___Haik___ ___Tima___ _____  Case number (if known)_____
        First Name   Middle Name   Last Name

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

Star Precast
_____
Name of business, if any

10240 Irma Avenue
_____
Number      Street

Tujunga                          CA      91042
_____
City                            State   ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankrutpcy Code, and I choose to proceed under Subchatper V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.   What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

| Debtor 1 | Haik  Tima | | Case number *(if known)* |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

---

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 ___Haik__ __Tima__ _____
      First Name    Middle Name    Last Name

Case number *(if known)* _____

---

## Part 6:   Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☑ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☐ No. I am not filing under Chapter 7. Go to line 18.
- ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☑ No
  - ☐ Yes

---

**18. How many creditors do you estimate that you owe?**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

☒ _Haik Timiniterfa_ _____
Signature of Debtor 1

☒ _____
Signature of Debtor 2

Executed on   __05/08/2023__
          MM / DD / YYYY

Executed on   _____
          MM / DD / YYYY

---

Debtor 1 ___Haik__Tima_____    Case number *(if known)*_____
First Name      Middle Name      Last Name

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

**✖** /s/ Sevan Gorginian, Esq._____    Date   05/09/2023_____
Signature of Attorney for Debtor                                MM  /  DD / YYYY

Sevan Gorginian, Esq._____
Printed name

Law Office of Sevan Gorginian_____
Firm name

450 North Brand Blvd._____
Number    Street

Suite 600_____

Glendale_____    CA____    91203_____
City                                            State      ZIP Code

Contact phone  T: 818-928-4445_____   Email address  sevan@gorginianlaw.com_____

State Bar No. 298986_____    CA____
Bar number                                        State

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Haik  Tima | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  Central District of California

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................... $520,000.00

   1b. Copy line 62, Total personal property, from *Schedule A/B* ....................................................... $55,980.00

   1c. Copy line 63, Total of all property on *Schedule A/B* ............................................................... $575,980.00

### Part 2:  Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ $657,810.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................................. $1,800.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................. + $53,502.00

   **Your total liabilities** $713,112.00

### Part 3:  Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ............................................................................ $3,090.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ....................................................................................... $2,995.00

Debtor 1    Haik Tima
_____    Case number (if known)_____
         First Name       Middle Name         Last Name

---

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

   |  | Total claim |
   |---|---|
   | **From Part 4 on *Schedule E/F*, copy the following:** | |
   | 9a. Domestic support obligations (Copy line 6a.) | $_____ |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
   | 9d. Student loans. (Copy line 6f.) | $_____ |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ |
   | 9g. **Total.** Add lines 9a through 9f. | $_____ |

---

**Fill in this information to identify your case and this filing:**

Debtor 1    Haik Tima
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Central District of California

Case number _____
(if know)

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☐ No. Go to Part 2
   ☑ Yes. Where is the property?

1.1  10240 Irma Avenue
_____
Street address, if available, or other description

_____

Tujunga CA       91042
_____
City       State     ZIP Code

Los Angeles County
_____
County

**What is the property?** Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other_____

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
Purchased March 2022. 1924 home about 630 sf.

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**
$ 520,000.00

**Current value of the portion you own?**
$ 520,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Fee simple
_____

☐ Check if this is community property

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**........................................................................➤

$520,000.00

### Part 2:    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

Debtor 1   Haik Tima

First Name   Middle Name   Last Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **3.1** Make: Landrover<br>Model: _____<br>Year: 2008<br>Approximate mileage: 150,000<br>Other information:<br>Condition: Fair; Driven by Nephew.; | **Who has an interest in the property?** Check one<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*<br><br>**Current value of the entire property?** $ 4,000.00<br>**Current value of the portion you own?** $ 4,000.00 |
| **3.2** Make: Chevy<br>Model: Avalanche<br>Year: 2013<br>Approximate mileage: 160,000<br>Other information:<br>Condition: Very Good; Subject to SBA UCC lien; | **Who has an interest in the property?** Check one<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*<br><br>**Current value of the entire property?** $ 13,000.00<br>**Current value of the portion you own?** $ 13,000.00 |
| **3.3** Make: Dodge<br>Model: Ram 3500 Truck<br>Year: 2009<br>Approximate mileage: 120,000<br>Other information:<br>Condition: Fair; | **Who has an interest in the property?** Check one<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*<br><br>**Current value of the entire property?** $ 15,000.00<br>**Current value of the portion you own?** $ 15,000.00 |

**4.  Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
☑ No
☐ Yes

**5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here....................................................................................►**   $32,000.00

---

**Part 3:**   **Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following?   **Current value of the portion you own?**

**6.  Household goods and furnishings**   Do not deduct secured claims or exemptions.

*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes. Describe...

Household Goods, Furnishings and Appliances.   $ 1,200.00

**7.  Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☑ Yes. Describe...

General electronics, equipment and recreational personal property.   $ 800.00

**8.  Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☑ No
☐ Yes. Describe...

**9.  Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☑ No
☐ Yes. Describe...

Debtor 1    Haik Tima

First Name    Middle Name    Last Name    Case number *(if known)* _____

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe...

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe...

| Wardrobe and clothing (includes non-debtor spouse, if any). | $ 600.00 |

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems
gold, silver

☐ No
☑ Yes. Describe...

| Jewelry and personal valuable items and small miscellaneous items (i.e. costume jewelry), includes non-debtor spouse, if any. | $ 700.00 |

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages
you have attached for Part 3. Write that number here**........................................................................➤  | $3,300.00 |

| **Part 4:** | **Describe Your Financial Assets** |

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.............................................................................................    Cash ........................... | $ 80.00 |

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses
and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes..................    Institution name:

17.1. Checking account:    Wells Fargo Checking (also DBA business) #7613    | $ 500.00 |

17.2. Savings account:    Wells Fargo Savings    | $ 100.00 |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes..................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in
an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them...........

Name of entity:    % of ownership:

Star Precast DBA business [pre-cast concrete work] assets [machines/equipment/mold] Assets about $100k
subject to SBA Lien of $96k [see Sch. D]    100    %    | $ 4,000.00 |

Debtor 1    Haik Tima
         First Name      Middle Name      Last Name                                          Case number *(if known)* _____

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes.....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition
program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers
exercisable for your benefit**

☐ No
☑ Yes. Give specific information about them...

| Debtor's personal property and assets held in his Living Trust [all assets disclosed here], kids are his beneficiaries | $ <u>Unknown</u> |
|---|---|

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?**
Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

| | Federal: | $ <u>0.00</u> |
|---|---|---|
| | State: | $ <u>0.00</u> |
| | Local: | $ <u>0.00</u> |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information....

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information....

Debtor 1    Haik Tima
          First Name    Middle Name    Last Name                              Case number (if known) _____

31. **Interests in insurance policies**

☑ No

☐ Yes. Name the insurance company of each policy and list its value....

32. **Any interest in property that is due you from someone who has died**

☑ No

☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☐ No

☑ Yes. Give specific information....

| Debtor is owed $16,000 from a client who refuses to pay for work completed. No lawsuit filed. SBA may have UCC-1 lien on this. | $ 16,000.00 |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Give specific information....

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information...

36. Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..........................................................................................➤ | $ 20,680.00 |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe...

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe...

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☑ Yes. Describe...

| Machinery for DBA precast business (included in main Sched. B category, subject to secured SBA lien) | $ Unknown |

41. **Inventory**

☐ No

☑ Yes. Describe...

| Finished precast products and inventory at warehouse (most belong to clients) | $ Unknown |

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe........

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

44. **Any business-related property you did not already list**

☐ No

☑ Yes. Give specific information ...........

| Surety Bond and General Liability Insurance | $ Unknown |

Debtor 1 ___Haik Tima___
First Name    Middle Name    Last Name

Case number *(if known)* _____

---

45. **Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**...................................................................................................➤    | $ 0.00 |

---

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

---

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific
information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................................➤    | $ 0.00 |

---

| Part 8: | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2**.........................................................................................➤    $ 520,000.00

56. **Part 2: Total vehicles, line 5**    $ 32,000.00

57. **Part 3: Total personal and household items, line 15**    $ 3,300.00

58. **Part 4: Total financial assets, line 36**    $ 20,680.00

59. **Part 5: Total business-related property, line 45**    $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $ 0.00

61. **Part 7: Total other property not listed, line 54**    + $ 0.00

62. **Total personal property. Add lines 56 through 61** ...................    $ 55,980.00    Copy personal property total➤    + $ 55,980.00

63. **Total of all property on Schedule A/B. Add line 55 + line 62**    $ 575,980.00

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | Haik  Tima | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Central District of California | | |
| Case number | | | |
| (If known) | | | |

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 10240 Irma Avenue<br>Line from *Schedule A/B*:  1.1 | $ 520,000.00 | ☑ $ 189,050.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.730 (a)(1) |
| Brief description: 2013 Chevy Avalanche<br>Line from *Schedule A/B*:  3.2 | $ 13,000.00 | ☑ $ 7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.010 |
| Brief description: 2009 Dodge Ram 3500 Truck<br>Line from *Schedule A/B*:  3.3 | $ 15,000.00 | ☑ $ 4,850.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.060 (d)(1) |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Debtor

Haik  Tima

First Name    Middle Name    Last Name

Case number *(if known)*_____

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  Check only one box for each exemption | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: Household Goods - Household Goods, Furnishings and Appliances.  Line from *Schedule A/B*: 6 | $ 1,200.00 | ☑ $ 1,200.00  ☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.020 |
| Brief description: Electronics - General electronics, equipment and recreational personal property.  Line from *Schedule A/B*: 7 | $ 800.00 | ☑ $ 800.00  ☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.020 |
| Brief description: Clothing - Wardrobe and clothing (includes non-debtor spouse, if any).  Line from *Schedule A/B*: 11 | $ 600.00 | ☑ $ 600.00  ☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.020 |
| Brief description: Jewelry - Jewelry and personal valuable items and small miscellaneous items (i.e. costume jewelry), includes non-debtor spouse, if any.  Line from *Schedule A/B*: 12 | $ 700.00 | ☑ $ 700.00  ☐ 100% of fair market value, up to any applicable statutory limit | Cal. Civ. Proc. Code § 704.040 |
| Brief description: Cash on hand (Cash on Hand)  Line from *Schedule A/B*: 16 | $ 80.00 | ☑ $ 80.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. 704.220 |
| Brief description: Wells Fargo Checking (also DBA business) #7613 (Checking Account)  Line from *Schedule A/B*: 17.1 | $ 500.00 | ☑ $ 500.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. 704.220 |
| Brief description: Wells Fargo Savings (Savings Account)  Line from *Schedule A/B*: 17.2 | $ 100.00 | ☑ $ 100.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. 704.220 |
| Brief description:  Line from *Schedule A/B*: | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from *Schedule A/B*: | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from *Schedule A/B*: | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from *Schedule A/B*: | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:  Line from *Schedule A/B*: | $ | ☐ $  ☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1    Haik Tima
             First Name        Middle Name            Last Name

Debtor 2
(Spouse, if filing)    First Name      Middle Name       Last Name

United States Bankruptcy Court for the:  Central District of California

Case number
(if know)

☐ Check if this is
an amended
filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.
If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write
your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| **2.1**      Describe the property that secures the claim: | $ 369,810.00 | $ 520,000.00 | $ 0.00 |

Mr. Cooper
Creditor's Name

Lake Vista 4
Number                Street

800 State Highway 121 Bypass

Lewisville TX      75067
City      State   ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a
community debt**

Date debt was incurred  03/01/2022

10240 Irma Avenue, Tujunga, CA 91042 - $520,000.00 Debtor
in arrears about $14,237. Loan balance is $355,573 plus
$11,879 arrears plus $2,358 for April 2023. Total estimate
$369,810

**As of the date you file, the claim is:** Check all
that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or
secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** 4567

| 2.2 | | Describe the property that secures the claim: | $ 96,000.00 | $ 13,000.00 | $ 83,000.00 |

**SBA Disaster Covid Loan**
Creditor's Name

**Attn: Covid Loan Servicing**

Number          Street
**14925 Kingsport Rd.**

**Fort Worth TX    76155**
City      State    ZIP Code

2013 Chevy Avalanche - $13,000.00

**As of the date you file, the claim is:** Check all
that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number**

---

| 2.3 | | Describe the property that secures the claim: | $ 96,000.00 | $ 15,000.00 | $ 81,000.00 |

**SBA Disaster Covid Loan**
Creditor's Name

**Attn: Covid Loan Servicing**

Number          Street
**14925 Kingsport Rd.**

**Fort Worth TX    76155**
City      State    ZIP Code

2009 Dodge Ram 3500 Truck - $15,000.00

**As of the date you file, the claim is:** Check all
that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number**

---

| 2.4 | | Describe the property that secures the claim: | $ 96,000.00 | $ 4,000.00 | $ 92,000.00 |

**Small Business Administration (SBA)**
Creditor's Name

**14925 Kingsport Road**

Number          Street
**Fort Worth TX    76155**
City      State    ZIP Code

Star Precast DBA business [pre-cast concrete work] assets [machines/equipment/mold] Assets about $100k subject to SBA Lien of $96k [see Sch. D] - $4,000.00

**As of the date you file, the claim is:** Check all
that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

Date debt was incurred **5/30/2020**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** SSN 1369

---

Add the dollar value of your entries in Column A on this page. Write that number here:    **$ 657,810.00**

---

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| | |
|---|---|
| Mr. Cooper<br>Creditor's Name<br><br>PO Box 619094<br>Number                 Street<br>Dallas TX      75261<br><br>City      State    ZIP Code | On which line in Part 1 did you enter the creditor?  2.1<br><br>Last 4 digits of account number  4567 |
| Nationstar Mortgage, LLC dba Mr. Cooper<br>Creditor's Name<br><br>8950 Cypress Waters Blvd.<br>Number                 Street<br>Coppell TX      75019<br><br>City      State    ZIP Code | On which line in Part 1 did you enter the creditor?  2.1<br><br>Last 4 digits of account number  4567 |
| SBA Disaster Covid Loan<br>Creditor's Name<br><br>Attn: Covid Loan Servicing<br>Number                 Street<br>14925 Kingsport Rd.<br><br>Fort Worth TX      76155<br><br>City      State    ZIP Code | On which line in Part 1 did you enter the creditor?  2.4<br><br>Last 4 digits of account number  SSN 1369 |
| U.S. Small Business Administration<br>Creditor's Name<br><br>Office of General Counsel<br>Number                 Street<br>312 N. Spring Street, 5th Floor<br><br>Los Angeles CA      90012<br><br>City      State    ZIP Code | On which line in Part 1 did you enter the creditor?  2.4<br><br>Last 4 digits of account number  SSN 1369 |
| U.S. Small Business Administration<br>Creditor's Name<br><br>10737 Gateway West # 300<br>Number                 Street<br>El Paso TX      79935<br><br>City      State    ZIP Code | On which line in Part 1 did you enter the creditor?  2.4<br><br>Last 4 digits of account number  SSN 1369 |
| United States Attorney<br>Creditor's Name<br><br>Civil Process Clerk<br>Number                 Street<br>312 N. Spring Street Suite 1200<br><br>Los Angeles CA      90012<br><br>City      State    ZIP Code | On which line in Part 1 did you enter the creditor?  2.4<br><br>Last 4 digits of account number  SSN 1369 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor 1 | Haik Tima |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name        Middle Name        Last Name |

United States Bankruptcy Court for the:  Central District of California

Case number
(if know)  _____

☐ Check if this is
an amended
filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims      **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| **Part 1:** | **List All of Your PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|---|
| **2.1** | | | | |

**2.1**

Franchise Tax Board
Priority Creditor's Name

Bankruptcy Section MS A-340
Number        Street
P.O. Box 2952

Sacramento CA    95812
City        State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  SSN 1369
**When was the debt incurred?**  2021-2022

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

$ Unknown    $ Unknown    $ Unknown

| 2.2 | | | | | |
|---|---|---|---|---|---|
| **I.R.S.** | | Last 4 digits of account number   SSN 1369 | $ 1,800.00 | $ 1,800.00 | $ 0.00 |
| Priority Creditor's Name | | When was the debt incurred?   2021-2022 | | | |

P.O. Box 7346

Number          Street

Philadelphia PA          19101

City          State     ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**

- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

---

**Part 2:     List All of Your NONPRIORITY Unsecured Claims**

**3. Do any creditors have nonpriority unsecured claims against you?**

- [ ] No. You have nothing else to report in this part. Submit to the court with your other schedules.
- [x] Yes. Fill in all of the information below.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

| 4.1 | | | |
|---|---|---|---|
| **2010 W. 62nd St. LLC** | | Last 4 digits of account number   23STUD02877 | $ 16,000.00 |
| Nonpriority Creditor's Name | | When was the debt incurred?   03/03/2023 | |

c/o Lane Nussbaum, Esq.

Number          Street

27489 Agoura Rd. Suite 102

Agoura Hills CA          91301

City          State     ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Rent for Business

| 4.2 | | | |
|---|---|---|---|
| **Apple Card - GS Bank USA** | | Last 4 digits of account number   SSN 1369 | $ 845.00 |
| Nonpriority Creditor's Name | | When was the debt incurred?   9/26/2019 | |

Lockbox 6112 P.O. Box. 7247

Number          Street

Philadelphia PA          19170

City          State     ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Credit Card Debt

Debtor    Haik Tigran
          First Name   Middle Name   Last Name

| 4.3 | Capital One Bank USA, N.A. | | | | | $ 7,061.00 |
|---|---|---|---|---|---|---|

**4.3** Capital One Bank USA, N.A.
Nonpriority Creditor's Name

P.O. Box 31293
Number          Street
Salt Lake City UT     84131
City       State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** SSN 1369
**When was the debt incurred?** 11/22/2022

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 7,061.00

---

**4.4** Citicards CBNA
Nonpriority Creditor's Name

5800 South Corporate Place
Number          Street
Sioux Falls SD     57108
City       State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** SSN 1369
**When was the debt incurred?** 7/28/2018

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 2,258.00

---

**4.5** Daniel Rabbanian
Nonpriority Creditor's Name

617 N. Roxbury Dr.
Number          Street
Beverly Hills CA     90210
City       State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** TBA
**When was the debt incurred?** 03/2023

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Client Fund for Work

$ 20,000.00

| 4.6 | Discover Bank | Last 4 digits of account number  SSN 1369 | $ 5,822.00 |
|---|---|---|---|

**Discover Bank**
Nonpriority Creditor's Name

P.O. Box 30939
Number         Street
Salt Lake City UT    84130

City    State    ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  SSN 1369
**When was the debt incurred?**  11/8/2017

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

---

| 4.7 | Fara Moshfegh | Last 4 digits of account number  TBD | $ Unknown |
|---|---|---|---|

**Fara Moshfegh**
Nonpriority Creditor's Name

628 N. Hillcrest Rd.
Number         Street
Beverly Hills CA    90210

City    State    ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  TBD
**When was the debt incurred?**  02/2023

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

---

| 4.8 | TBOM/Fortiva | Last 4 digits of account number  SSN 1369 | $ 1,516.00 |
|---|---|---|---|

**TBOM/Fortiva**
Nonpriority Creditor's Name

P.O. Box 105555
Number         Street
Atlanta GA    30348

City    State    ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  SSN 1369
**When was the debt incurred?**  3/30/2017

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

2010 W. 62nd Street LLC
Creditor's Name

Attn: Mario Chavarria
Number         Street
314 58th St. Unit 200

Los Angeles CA    90037
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.1  of (Check one):
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured

**Last 4 digits of account number**  2877

Debtor    Haik Tigran
         First Name    Middle Name    Last Name

| Citicards CBNA | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
|---|---|
| Creditor's Name | **Line** 4.4 of (Check one): |
| P.O. Box 6217 | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number    Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| Sioux Falls SD    57117 | Claims |
| City    State    ZIP Code | **Last 4 digits of account number** 1369 |

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 1,800.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 1,800.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 53,502.00 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 53,502.00 |

| Fill in this information to identify your case: |
|---|

| Debtor 1 | Haik Tima |
|---|---|
| | First Name            Middle Name                     Last Name |

| Debtor 2 | |
|---|---|
| (Spouse, if filing) | First Name            Middle Name                     Last Name |

United States Bankruptcy Court for the:  Central District of California

| Case number |  |
|---|---|
| (if know) | |

☐ Check if this is
an amended
filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** <br> 2010 W. 62nd St. LLC <br> Name <br> c/o Lane Nussbaum, Esq. 27489 Agoura Rd. Suite 102 <br> Street <br> Agoura Hills CA        91301 <br> City            State    ZIP Code | Rental premises at 2010 West 62nd St. Unit 150 Los Angeles <br> Lessee |

<table>
<tr><td colspan="2" style="background:black;color:white;">Fill in this information to identify your case:</td></tr>
<tr><td>Debtor 1</td><td>Haik Tima</td></tr>
</table>

**Fill in this information to identify your case:**

Debtor 1    Haik Tima
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Central District of California

Case number
(if know)

☐ Check if this is
an amended
filing

## Official Form 106H

# Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?**  (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1:  **Your codebtor** | Column 2:  **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Haik  Tima |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case number | |
| (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☑ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation** | Owner/Contractor | |
| | Occupation may include student or homemaker, if it applies. | **Employer's name** | Star Precast DBA | |
| | | **Employer's address** | 10240 Irma Avenue | |
| | | | Number    Street | Number    Street |
| | | | | |
| | | | Tujunga, CA 91042 | |
| | | | City        State    ZIP Code | City        State    ZIP Code |
| | | **How long employed there?** | 22 yrs | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $_____ |
| 3. | **Estimate and list monthly overtime pay.** | 3. | + $ 0.00 | + $_____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $_____ |

Debtor 1   Haik  Tima
_____ First Name _____ Middle Name _____ Last Name _____ Case number *(if known)* _____

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ............................................................ ➔ 4. | $ 0.00 | $ _____ |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ _____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ _____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ _____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ _____ |
| 5e. **Insurance** | 5e. | $ 0.00 | $ _____ |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ _____ |
| 5g. **Union dues** | 5g. | $ 0.00 | $ _____ |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ _____ |
| _____ | | $ _____ | $ _____ |
| _____ | | $ _____ | $ _____ |
| _____ | | $ _____ | $ _____ |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0.00 | $ _____ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ _____ |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 3,090.00 | $ _____ |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ _____ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ _____ |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ _____ |
| 8e. **Social Security** | 8e. | $ 0.00 | $ _____ |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ _____ |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ _____ |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ 0.00 | + $ _____ |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 3,090.00 | $ _____ |

| | | For Debtor 1 | | For Debtor 2 or non-filing spouse | | |
|---|---|---|---|---|---|---|
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,090.00 | + | $ _____ | = | $ 3,090.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____   11. + $ _____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies   12. $ 3,090.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:   Since December 2022, debtor's construction business has dropped significantly leading to bankruptcy.

**Fill in this information to identify your case:**

Debtor 1    Haik  Tima

First Name                    Middle Name                    Last Name

Debtor 2
(Spouse, if filing)    First Name                    Middle Name                    Last Name

United States Bankruptcy Court for the:    Central District of California

(State)

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

____ MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**    ☑ No

   Do not list Debtor 1 and
   Debtor 2.    ☐ Yes. Fill out this information for
           each dependent..........................

   Do not state the dependents'
   names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include
   expenses of people other than
   yourself and your dependents?**    ☑ No
       ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 180.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 80.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |

Debtor 1    Haik  Tima

First Name        Middle Name        Last Name

Case number *(if known)*_____

| | | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans    5.   $_____0.00

6. **Utilities:**

  6a.   Electricity, heat, natural gas    6a.   $_____205.00

  6b.   Water, sewer, garbage collection    6b.   $_____140.00

  6c.   Telephone, cell phone, Internet, satellite, and cable services    6c.   $_____235.00

  6d.   Other. Specify: _____    6d.   $_____0.00

7. **Food and housekeeping supplies**    7.   $_____650.00

8. **Childcare and children's education costs**    8.   $_____0.00

9. **Clothing, laundry, and dry cleaning**    9.   $_____145.00

10. **Personal care products and services**    10.   $_____95.00

11. **Medical and dental expenses**    11.   $_____120.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12.   $_____440.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.   $_____125.00

14. **Charitable contributions and religious donations**    14.   $_____15.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

  15a.   Life insurance    15a.   $_____0.00

  15b.   Health insurance    15b.   $_____0.00

  15c.   Vehicle insurance    15c.   $_____285.00

  15d.   Other insurance. Specify:_____    15d.   $_____0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16.   $_____0.00

17. **Installment or lease payments:**

  17a.   Car payments for Vehicle 1    17a.   $_____0.00

  17b.   Car payments for Vehicle 2    17b.   $_____0.00

  17c.   Other. Specify:_____    17c.   $_____0.00

  17d.   Other. Specify:_____    17d.   $_____0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from
your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18.   $_____0.00

19. **Other payments you make to support others who do not live with you.**
Specify:   Contributions to other family    19.   $_____280.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

  20a.   Mortgages on other property    20a.   $_____0.00

  20b.   Real estate taxes    20b.   $_____0.00

  20c.   Property, homeowner's, or renter's insurance    20c.   $_____0.00

  20d.   Maintenance, repair, and upkeep expenses    20d.   $_____0.00

  20e.   Homeowner's association or condominium dues    20e.   $_____0.00

| Debtor 1 | Haik  Tima | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | |
|---|---|---|---|
| 21. | **Other**. Specify:_____ | 21. | +$_____ 0.00 |
| | _____ | | +$_____ |
| | _____ | | +$_____ |

22. **Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | 22a. | $ _____ 2,995.00 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a | 22b. | $ _____ |
| and 22b. The result is your monthly expenses. | 22c. | $ _____ 2,995.00 |

23. **Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. Copy line 12 (*your combined monthly income*) from *Schedule I*. | 23a. | $ _____ 3,090.00 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. | − $ _____ 2,995.00 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $ _____ 95.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.

| Explain here: | Forbearance mortgage payments $2,358 to begin July 1, 2023. |
|---|---|

Fill in this information to identify your case:

Debtor 1    Haik  Tima
            First Name          Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name              Last Name

United States Bankruptcy Court for the Central District of California

Case number
(If known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✘ _Haik Tima_____        ✘ _____
Signature of Debtor 1                          Signature of Debtor 2

Date 05/08/2023_____                  Date _____
     MM / DD / YYYY                              MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1    Haik Tima
_____
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    _____
First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Central District of California

Case number
(if know)    _____

☐ Check if this is
an amended
filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    **4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1. What is your current marital status?**

☐ Married
☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H)

| Part 2: | Explain the Sources of Your Income |
|---|---|

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 20,500.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| **For last calendar year:**<br>(January 1 to December 31, 2022 ) | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 20,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021 ) | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 13,999.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

Debtor    Haik Tima

First Name    Middle Name    Last Name    Case number(*if known*) _____

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Social Security | $ 10,500.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2022 | Social Security | $ 24,500.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021 | Social Security | $ 22,530.00 | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?** *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.
☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No.
☐ Yes. List all payments that benefited an insider.

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

Debtor    Haik Tima
First Name        Middle Name        Last Name
Case number *(if known)* _____

| Case title: | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

Case title:
2010 W. 62nd St. v. Tima dba Starprecast

Case number: 23STUD027877

Nature of the case
Unlawful detainer & money damages for rent; Date filed: 03/21/2023

Court or agency

Stanley Mosk Courthouse Los Angeles
Court Name
111 N. Hill Street
Number       Street
Los Angeles CA       90012
City          State    ZIP Code

Status of the case
☑ Pending
☐ On appeal
☐ Concluded

**10.Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

**11.Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details

**12.Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13.Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

**14.Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Part 6: | List Certain Losses |
|---|---|

**15.Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16.Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

Debtor    Haik Tima
_____    Case number *(if known)* _____
First Name    Middle Name    Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| DebtorCC.org<br>Person Who Was Paid<br>Online Course<br>Number    Street<br>City    State    ZIP Code<br>DebtorCC.org<br>Email or website address<br>Person Who Made the Payment, if Not You | Debtor's funds | 05/2023 | $ 14.95<br>$ _____ |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Law Office of Sevan Gorginian<br>Person Who Was Paid<br>450 North Brand Boulevard, Suite 600<br>Number    Street<br>Glendale CA    91203<br>City    State    ZIP Code<br>GorginianLaw.com<br>Email or website address<br>Person Who Made the Payment, if Not You | Debtor's funds | 05/2023 | $ 2,500.00<br>$ _____ |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Arroyo Building Materials<br>Person Who Received Transfer<br>890 Arroyo St.<br>Number    Street<br>San Fernando CA    91340<br>City    State    ZIP Code<br>Person's relationship to you  None | $45,000 of purchased materials to Arroyo for work for precast work, $45,000.00 | In last 2 years, estimate $45k to $90k for materials and products for precast work. | 03/24/2023 |
| Various Workers & Stores<br>Person Who Received Transfer<br>Number    Street<br>City    State    ZIP Code<br>Person's relationship to you<br>Workers/Stores | Debtor as dba contractor pays subcontractors and purchases supplies, $30,000.00 | Debts paid in exchange. Debtor pays vendors, subcontractors, purchases materials for his concrete company. | 03/27/2023 |

Debtor    Haik Tima

First Name    Middle Name    Last Name

Case number *(if known)*

---

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

- [x] No
- [ ] Yes. Fill in the details.

---

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- [x] No
- [ ] Yes. Fill in the details.

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- [x] No
- [ ] Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

- [x] No
- [ ] Yes. Fill in the details.

---

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |
|---|---|

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

- [ ] No
- [x] Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Different Homeowners<br>Owner's Name<br><br>Number     Street | 2010 W. 62nd Street # 150<br>Number          Street<br>Los Angeles CA     90047<br>City          State     ZIP Code | Debtor's warehouse is housing finished products for different homeowners. Debtor cannot finish the project (estimate 4 clients) | $ Unknown |
| Daniel (Owner of Roxbury Property)<br>Owner's Name<br>617 N. Roxbury Dr.<br>Number          Street<br>Beverly Hills CA     90210<br>City          State     ZIP Code | 2010 W. 62nd St. # 150<br>Number          Street<br>Los Angeles CA     90047<br>City          State     ZIP Code | Debtor purchased materials and made precast molds for project for homeowner at 617 N. Roxbury. These belong to client (Schedule F Creditor Daniel) | $ 20,000.00 |

---

| **Part 10:** | **Give Details About Environmental Information** |
|---|---|

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

- [x] No
- [ ] Yes. Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

- [x] No
- [ ] Yes. Fill in the details.

---

Debtor    Haik Tima
_____    _____    _____
First Name    Middle Name    Last Name

Case number *(if known)* _____

---

**26.Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

---

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27.Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

Star Precast
_____
Business Name

2010 W. 62nd St. # 150
_____
Number        Street

Los Angeles CA        90047
_____
City        State    ZIP Code

**Describe the nature of the business**

Precast concrete and masonry work

**Name of accountant or bookkeeper**

Mash Accounting Glendale

**Employer Identification number**
**Do not include Social Security number or ITIN.**

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From 01/01/2001 To Current

---

**28.Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Debtor | Haik Tima | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✖ _Haik Tima_                                    ✖ _____

Signature of Debtor 1                                Signature of Debtor 2

Date  05/08/2023                                     Date _____

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____        Attach the Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

| Fill in this information to identify your case: |
| --- |

Debtor 1    Haik Tima
        First Name          Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name        Last Name

United States Bankruptcy Court for the:  Central District of California

Case number
(if known)

☐ Check if this is
an amended
filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
| --- | --- |

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
| --- | --- | --- |
| Creditor's name: SBA Disaster Covid Loan<br><br>Description of property securing debt: 2013 Chevy Avalanche | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br>☑ Yes |
| Creditor's name: Small Business Administration (SBA)<br><br>Description of property securing debt: Star Precast DBA business [pre-cast concrete work] assets [machines/equipment/mold] Assets about $100k subject to SBA Lien of $96k [see Sch. D] | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]:<br>_____ | ☑ No<br>☐ Yes |
| Creditor's name: SBA Disaster Covid Loan<br><br>Description of property securing debt: 2009 Dodge Ram 3500 Truck | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br>☑ Yes |

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Mr. Cooper<br><br>Description of property securing debt: 10240 Irma Avenue | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]:<br><br>_____ | ☐ No<br>☑ Yes |

## Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

## Part 3:    Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✗ /s/ Haik Tima_____
   Signature of Debtor 1

✗ _____
   Signature of Debtor 2

Date  05/09/2023_____
   MM/DD/YYYY

Date  05/09/2023_____
   MM/DD/YYYY

## *Holographic signature on attached page.*

Debtor    Haik Tima _____    Case number *(if known)* _____

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:    SBA Disaster Covid Loan | ☐ Surrender the property. | ☐ No |
|  | ☐ Retain the property and redeem it. | ☑ Yes |
| Description of property securing debt:    2009 Dodge Ram 3500 Diesel | ☑ Retain the property and enter into a *Reaffirmation Agreement.* |  |
|  | ☐ Retain the property and [explain]: _____ |  |

---

## Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases    Will the lease be assumed?**

---

## Part 3:    Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✖ _Haik Tima_____    ✖ _____
Signature of Debtor 1                                          Signature of Debtor 2

Date  05/08/2023                                        Date  05/08/2023
MM/DD/YYYY                                                  MM/DD/YYYY

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Fill in this information to identify your case:**

Debtor 1    Haik  Tima
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: Central District of California

Case number _____
(If known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

Official Form 122A—1

# Chapter 7 Statement of Your Current Monthly Income
12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions) | $_____ | $_____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ | $_____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ | $_____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | | | |
| Ordinary and necessary operating expenses | – $_____ | – $_____ | | | |
| Net monthly income from a business, profession, or farm | $_____ | $_____ | Copy here➔ | $_____ | $_____ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | | | |
| Ordinary and necessary operating expenses | – $_____ | – $_____ | | | |
| Net monthly income from rental or other real property | $_____ | $_____ | Copy here➔ | $_____ | $_____ |

7. **Interest, dividends, and royalties** | | | $_____ | $_____ |

| Debtor 1 | Haik  Tima | | | Case number *(if known)*_____ |
| | First Name | Middle Name | Last Name | |

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**8.  Unemployment compensation** .......................................................... $_____   $_____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ................................ ↓

For you ............................................................................ $_____

For your spouse .......................................................... $_____

**9.  Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. ....... $_____   $_____

**10.  Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____   $_____   $_____

_____   $_____   $_____

Total amounts from separate pages, if any.   + $_____   + $_____

**11.  Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$_____ **+** $_____ **=** $_____

**Total current
monthly income**

---

**Part 2:    Determine Whether the Means Test Applies to You**

**12.  Calculate your current monthly income for the year.** Follow these steps:

12a.  Copy your total current monthly income from line 11.................................................. **Copy line 11 here ➡**   $_____

Multiply by 12 (the number of months in a year).   **x  12**

12b.  The result is your annual income for this part of the form.   **12b.**   $_____

**13.  Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   [_____]

Fill in the number of people in your household.   [_____]

Fill in the median family income for your state and size of household. ..................................................................**13.**   $_____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14.  How do the lines compare?**

14a.  ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. DO NOT fill out or file Official Form 122A–2.

14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

Debtor 1    <u>Haik   Tima</u>

First Name    Middle Name    Last Name

Case number *(if known)*_____

---

**Part 3:    Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✗ _Haik Tima Tima_____    ✗ _____

Signature of Debtor 1    Signature of Debtor 2

Date _05/08/2023_    Date _____

MM / DD  / YYYY    MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Haik  Tima |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case number | |
| (If known) | |

☐ Check if this is an amended filing

## Official Form 122A—1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:    Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave on line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

    ☑ No.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

    ☐ Yes. Go to Part 2.

### Part 2:    Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))**?**

    ☐ No.  Go to line 3.

    ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

        ☐ No. Go to line 3.

        ☐ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

    ☐ No.  Complete Form 122A-1. Do not submit this supplement.

    ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

        ☐ No. Complete Form 122A-1. Do not submit this supplement.
        ☐ Yes. Check any one of the following categories that applies:

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty**.**

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

            ☐ **I am performing a homeland defense activity for at least 90 days.**

            ☐ **I performed a homeland defense activity for at least 90 days**, ending on _____, which is fewer than 540 days before I file this bankruptcy case.

    If you checked one of the categories to the left, go to Form 22A-1.  On the top of page 1 of Form 22A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 22A-1. You are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

    If your exclusion period ends before your case is closed, you may have to file an amended form later.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Sevan Gorginian, Esq. (SBN 298986) Law Office of Sevan Gorginian 450 North Brand Blvd. Suite 600 Glendale, CA 91203 T: 818-928-4445 F: 818-928-4450 sevan@gorginianlaw.com | |

☐ *Debtor(s) appearing without attorney*
☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:  HAIK TIMA, | CASE NO.: CHAPTER: 7 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS** **[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____05/08/2023_____

X _____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____05/08/2023_____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

**2010 W. 62nd St. LLC**
**c/o Lane Nussbaum, Esq.**
**27489 Agoura Rd. Suite 102**
**Agoura Hills, CA 91301**


**2010 W. 62nd Street LLC**
**Attn: Mario Chavarria**
**314 58th St. Unit 200**
**Los Angeles, CA 90037**


**Apple Card – GS Bank USA**
**Lockbox 6112 P.O. Box. 7247**
**Philadelphia, PA 19170**


**Capital One Bank USA, N.A.**
**P.O. Box 31293**
**Salt Lake City, UT 84131**


**Citicards CBNA**
**5800 South Corporate Place**
**Sioux Falls, SD 57108**


**Citicards CBNA**
**P.O. Box 6217**
**Sioux Falls, SD 57117**


**Comenity Capital Bank (BK  Dept)**
**P.O. Box 182125**
**Columbus, OH 43218**


**Daniel Rabbanian**
**617 N. Roxbury Dr.**
**Beverly Hills, CA 90210**

**Department Store National Bank**
**PO BOX 8218**
**Mason, OH 45040**


**Discover Bank**
**P.O. Box 30939**
**Salt Lake City, UT 84130**


**Equifax**
**P.O. Box 740256**
**Atlanta, GA 30374**


**Experian**
**P.O. Box 4500**
**Allen, TX 75013**


**Fara Moshfegh**
**628 N. Hillcrest Rd.**
**Beverly Hills, CA 90210**


**Franchise Tax Board**
**Bankruptcy Section MS A—340**
**P.O. Box 2952**
**Sacramento, CA 95812**


**Hunt & Henriques**
**Attn: Bankruptcy Legal Dept.**
**151 Bernal Rd. Suite 8**
**San Jose, CA 95119**


**I.R.S.**
**P.O. Box 7346**
**Philadelphia, PA 19101**

**Law Office of Harris & Zide**
**Attn: Bankruptcy Legal Dept.**
**1445 Huntington Dr. # 300**
**South Pasadena, CA 91030**


**Midland Credit Management**
**P.O. Box 939069**
**San Diego, CA 92193**


**Midland Funding**
**2365 Northside Drive, Suite 300**
**San Diego, CA 92108**


**Mr. Cooper**
**Lake Vista 4**
**800 State Highway 121 Bypass**
**Lewisville, TX 75067**


**Mr. Cooper**
**PO Box 619094**
**Dallas, TX 75261**


**Nationstar Mortgage, LLC dba Mr. Cooper**
**8950 Cypress Waters Blvd.**
**Coppell, TX 75019**


**Patenaude Felix APC**
**Attn: Bankruptcy Legal Dept.**
**4545 Murphy Canyon Rd. 3rd Floor**
**San Diego, CA 92123**


**Portfolio Recovery Associates, LLC**
**120 Corporate Boulevard**
**Norfolk, VA 23502**

**SBA Disaster Covid Loan**
**Attn: Covid Loan Servicing**
**14925 Kingsport Rd.**
**Fort Worth, TX 76155**


**Small Business Administration (SBA)**
**14925 Kingsport Road**
**Fort Worth, TX 76155**


**Synchrony Bank**
**c/o PRA Receivables Management, LLC**
**PO Box 41021**
**Norfolk, VA 23541**


**Synchrony Bank (Bankruptcy Dept)**
**PO Box 965060**
**Orlando, FL 32896**


**Synchrony Bank (Bankruptcy Dept.)**
**Attn Bankruptcy Dept.**
**PO Box 965061**
**Orlando, FL 32896**


**TBOM/Fortiva**
**P.O. Box 105555**
**Atlanta, GA 30348**


**TransUnion**
**P.O. Box 2000**
**Chester, PA 19016**


**U.S. Small Business Administration**
**Office of General Counsel**
**312 N. Spring Street, 5th Floor**
**Los Angeles, CA 90012**

**U.S. Small Business Administration**
**10737 Gateway West # 300**
**El Paso, TX 79935**


**United States Attorney**
**Civil Process Clerk**
**312 N. Spring Street Suite 1200**
**Los Angeles, CA 90012**

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7  —  Liquidation

- Chapter 11—  Reorganization

- Chapter 12—  Voluntary repayment plan for family farmers or fishermen

- Chapter 13—  Voluntary repayment plan for individuals with regular income

You should have an attorney review your decision to file for bankruptcy and the choice of chapter.

## Chapter 7:    Liquidation

|  |  |  |
|---|---|---|
|  | $245 | filing fee |
|  | $78 | administrative fee |
| + | $15 | trustee surcharge |
|  | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

### Central District of California

In re   Haik  Tima

**Debtor**

Case No. _____

Chapter ^7 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 2,500.00 _____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $ 2,500.00 _____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00 _____

☐ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_____

The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court
approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☑ Debtor              ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor              ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

Two consultations prior to filing the bankruptcy case, attorney present with client at the 341(a) meeting of creditors, review proof of claims and advise accordingly, drafting all necessary petitions and schedules but not amendments, coordinate with trustee's and court's requirements, give notice to creditors of relevant documents filed, and obtain the discharge order.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

 all adversary proceedings within the bankruptcy case (i.e. 727 or 523 action), amendments to schedules, additional appearance at 341 meeting of creditors,  objections to claims, and other pertinent information disclosed in the retainer agreement between the debtor client and the firm.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

05/09/2023

*Date*

/s/ Sevan Gorginian, Esq., State Bar No. 298986

*Signature of Attorney*

Law Office of Sevan Gorginian

*Name of law firm*
450 North Brand Blvd.
Suite 600
Glendale, CA 91203